IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

PEOPLES BANK,
an Ohio Banking Corporation,

           Plaintiff,

v.                           CIVIL ACTION NO.   3:23-00105

NAVI, INC.,
a West Virginia corporation,
CHRISTOPHER MATTHEW CRAVEN,
an individual, and
DAKOTA MARIE MADDOX,
an individual,

           Defendants.

### ORDER

Pending is Plaintiff's Motion to Extend Time to File Default Judgment Against Defendant Christopher Matthew Craven. ECF No. 26. The Court **GRANTS** the motion and extends the time for Plaintiff to facilitate the entry of default judgment as to Defendant Craven to **October 5, 2023.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

           ENTER:      September 6, 2023

           _____
           ROBERT C. CHAMBERS
           UNITED STATES DISTRICT JUDGE