IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

PEOPLES BANK,
an Ohio Banking Corporation,

            Plaintiff,

v.                           CIVIL ACTION NO.   3:23-00105

NAVI, INC.,
a West Virginia corporation,
CHRISTOPHER MATTHEW CRAVEN,
an individual, and
DAKOTA MARIE MADDOX,
an individual,

            Defendants.

## ORDER

By Order of October 12, 2023 (ECF No. 31), the Court dismissed Defendant Christopher Matthew Craven for failure to prosecute. Subsequent to the filing of the Court's Order, Plaintiff filed a Proposed Order for Consent Judgment. The Court therefore **VACATES** the Order dismissing Defendant Craven and will proceed to enter the Consent Judgment.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                  ENTER:       October 13, 2023

                                  ROBERT C. CHAMBERS
                                  UNITED STATES DISTRICT JUDGE