**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION**

| | | |
|---|---|---|
| PEOPLES BANK, an Ohio Banking Corporation | ) ) ) | Civil Action No: 3:23-cv-00105 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| NAVI, Inc., a West Virginia Corporation | ) ) | |
| and | ) ) | |
| CHRISTOPHER MATTHEW CRAVEN, an Individual, | ) ) ) | |
| DAKOTA MARIE MADDOX, an Individual, | ) ) ) | |
| Defendants. | ) | |

**CONSENT JUDGMENT**

AND NOW, to wit, this __13__ day of __Oct__, 2023, upon consideration of the record

and consent of all parties, it is hereby ORDERED, ADJUDGED AND DECREED that Judgment

is entered by consent in favor of Plaintiff, Peoples Bank, Inc. and against Defendants in the amount

of $102,127.76, plus attorneys' fees, interest, and costs.

ENTER: October 13, 2023

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT COURT JUDGE